UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WARREN MCKINNEY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:11-CV-207 CAS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Movant has submitted an unsigned motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and also an unsigned memorandum in support of the § 2255 motion. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11. As a result, the Court will order the Clerk to return the motion to vacate, set aside, or correct sentence, and the memorandum in support thereof, to movant so that movant may sign both documents and return them to the Court for filing. If movant fails to comply with this Order, this case will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the motion to vacate, set aside, or correct sentence, and the memorandum in support thereof, to movant.

**IT IS FURTHER ORDERED** that movant shall sign the motion to vacate, set aside, or correct sentence, and the memorandum in support thereof, and return it to the Court within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if movant fails to comply with this Order, this case will be dismissed without prejudice.

                                                                                         _____
                                                                                         **CHARLES A. SHAW**
                                                                                         **UNITED STATES DISTRICT JUDGE**

Dated this \_3rd\_ day of February, 2011.